IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>GERALD C. BRYCE,<br><br>　　　　　　Defendant. | 4:14CR3117<br><br>ORDER AMENDING<br>CONDITIONS OF RELEASE |

　　　　Due to a clerical error, the court's order setting the defendant's conditions of release stated the defendant must "Refrain from any possession or use of alcohol." (Filing No. 9). Consistent with the agreement of counsel for both parties, the recommendation of pretrial services, and this court's intended ruling,

　　　　IT IS ORDERED that the court's prior order setting conditions of release, (Filing No. 9), is amended as follows:

　　　　1)　　The defendant shall refrain from any excessive use of alcohol.

　　　　2)　　In all other respects, the prior order setting conditions of release remain the same.

November 20, 2014.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge