IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3117 |
| vs. | |
| GERALD C. BRYCE, | ORDER |
| Defendant. | |

This matter is before the Court on a request (filing 37) to change the payee for restitution payments to reflect the death of one of the victims of this offense. The Court will grant that request.

IT IS ORDERED:

1. The motion to modify restitution (filing 37) is granted.

2. The Clerk of the Court shall change restitution victim "Robert D. and Jlee R. Rafert" to "Jlee R. Rafert," and all future payments of restitution allocated to the Raferts shall be made payable solely to "Jlee R. Rafert."

3. The Clerk of the Court shall provide POA Loraine Smith with a copy of this order at the address provided in filing 37.

Dated this 1st day of July, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge